

IT IS ORDERED

Date Entered on Docket: April 26, 2018

*Robert H. Jacobvitz* (signature)

**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

Laura Jean Bobo,
Hank Charles Bobo

Case No. 18-10650-j7

Debtor(s).

## DEFAULT ORDER GRANTING DEUTSCHE BANK NATIONAL TRUST COMPANY FORMERLY KNOWN AS BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2001-2 RELIEF FROM AUTOMATIC STAY AND ABANDONMENT (REAL PROPERTY)

This matter came before the Court on the Motion for Relief from Automatic Stay and Abandonment (Real Property) regarding property located at 1745 E. Thomas Lane, Silver City, New Mexico 88061 filed on March 29, 2018, Docket No. 11 (the "Motion") by Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-2 ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

    (a)    On March 29, 2018, Movant served the Motion and a notice of the Motion (the "Notice") on counsel of record for the Debtor(s) and the case trustee (the "Trustee") by use of

the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on the Debtor(s) by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

    (b)    The Motion relates to the following property:

> A tract of land in the NW1/4NE1/4, Section 35, T. 17S., R. 14W., NMPM, Grant County, New Mexico, described as follows:
>
> Beginning at Corner No. 1, from whence the Northeast Corner of Section 35 bears N. 67°44'08"E., 1886.61 ft. in distant; thence N. 90°00'00"W., 125.00 ft. to Corner No. 2;thence S. 0°03'00"W., 180.69 ft. to Corner No. 3; thence N. 89°14'22"E., 107.23 ft. to Corner No. 4; thence N. 12°41'25"E., 81.25 ft. to Corner No. 5; thence N. 0°03'00"E., 100.00 ft. to the point of beginning.
>
> Subject to and together with a 20.00 ft. existing roadway and utility easement, being centered along the following described line; beginning at AP-1, a point on the West line from whence Corner No. 3 of the above described tract bears S. 0°03'00"W., 45.89 ft. distant; thence S. 72°29'53"E. 49.79 ft. to AP-2; thence S. 5°05'17"W., 63.13 ft., to AP-3; thence S. 13°18"W., 86.75 ft., to AP-4; thence S. 21°08'52"W., 144.89 ft., to AP-5; thence S. 25°26'31"E., to AP-6; a point on the center-line of an existing roadway and utility easement (Deed Book 230, Page 9061) to S. R. 25, end of easement,
>
> and all improvements, including, but not limited to, the manufactured home attached thereto and more particularly described as 1988 Amer 340, Vin No. TXFLJ12A12132AMAB.

(the "Property").

    (c)    The Notice specified an objection deadline of 21 days from the date of service of the Notice, to which three days was added under Bankruptcy Rule 9006(f);

    (d)    The Notice was sufficient in form and content;

    (e)    The objection deadline expired on April 23, 2018;

    (f)    As of April 24, 2018, neither the Debtor(s) nor the Trustee, nor any other party in interest, filed an objection to the Motion;

(g) The Motion is well taken and should be granted as provided herein; and

(h) By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies, under penalty of perjury that, on April 24, 2018, Krista Jones, Bankruptcy Legal Assistant searched the data banks of the Department of Defense Manpower Data Center ("DMDC"), and found that the DMDC does not possess any information indicating that the Debtor(s) is/are currently on active military duty of the United States.

IT IS THEREFORE ORDERED:

1. Pursuant to 11 U.S.C. §362(d), Movant and any and all holders of liens against the Property, of any lien priority, are hereby are granted relief from the automatic stay:

(a) To enforce their rights in the Property, including foreclosure of liens and a foreclosure sale, under the terms of any prepetition notes, mortgages, security agreements, and/or other agreements to which Debtor(s) is/are a party, to the extent permitted by applicable non-bankruptcy law, such as by commencing or proceeding with appropriate action against the Debtor(s) or the Property, or both, in any court of competent jurisdiction; and

(b) To exercise any other right or remedy available to them under law or equity with respect to the Property.

2. The Trustee is deemed to have abandoned the Property from the estate pursuant to 11 U.S.C. §554 as of the date of entry of this Order, and the Property therefore no longer is property of the estate. As a result, Movant need not name the Trustee as a defendant in any state court action it may pursue to foreclosure liens against the Property and need not notify the Trustee of any sale of the Property.

3. The automatic stay is not modified to permit any act to collect any deficiency or other obligation as a personal liability of the Debtor(s), although the Debtor(s) can be named as

a defendant in litigation to obtain an in rem judgment or to repossess the Property in accordance with applicable non-bankruptcy law.

4. This Order does not waive Movant's claim against the estate for any deficiency owed by the Debtor(s) after any foreclosure sale or other disposition of the Property. Movant may file an amended proof of claim this bankruptcy case within 30 days after a foreclosure sale of the Property, should it claim that Debtor(s) owe any amount after the sale of the Property.

5. This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

6. This order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

XXX END OF ORDER XXX

Submitted by:

LITTLE, BRADLEY & NESBITT, P.A.

By: /S/Electronically submitted/ April 4, 2018
Karen H. Bradley
Attorney for Movant
P.O. Box 3509
Albuquerque, New Mexico 87190
Ph: (505) 248-2400   Fax: (505) 254-4722

Copies to:

R. Trey Arvizu
Attorney for Debtors
PO Box 1479
Las Cruces, NM 88004-1479

Philip J. Montoya
Trustee
1122 Central Ave SW, Ste #3
Albuquerque, NM 87102

Laura Jean Bobo and Hank Charles Bobo
Debtors
PO Box 5141
Silver City, NM 88062-5141